UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:07-CR-00093-BR
NO. 5:16-CV-184-BR

KENNETH WAYNE MONROE          )
                              )
                              )
        v.                    )
                              )  ORDER
UNITED STATES OF AMERICA       )
                              )


This matter is before the court on petitioner's 28 U.S.C. § 2255 motion.   (DE # 45.)

Because petitioner has previously filed a § 2255 motion, he must seek authorization from the

Court of Appeals to file a second or successive § 2255 motion.   28 U.S.C. §§ 2244(b), 2255(h).

The motion is DISMISSED WITHOUT PREJUDICE.   The court finds that petitioner has not

made "a substantial showing of the denial of a constitutional right."   28 U.S.C. § 2253(c)(2).

Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, a certificate of

appealability is DENIED.

        This 4 May 2016.



                                        _____
                                              W. Earl Britt
                                              Senior U.S. District Judge